## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **ONE LITTLE WEST 12TH STREET RESTAURANT** and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Nicole M Tonti_
Full Legal Name (Print)

_Nicole M Tonti_
Signature

_07·15·08_
Date