# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by **ONE LITTLE WEST 12TH STREET RESTAURANT** and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Richardson Roberts Jones_
Full Legal Name (Print)

_R. Jones_
Signature

_7/28/08_
Date