CLIFTON BUDD & DeMARIA, LLP
Attorneys for Defendants
420 Lexington Avenue
New York, New York 10170
Phone: (212) 687-7410
Fax: (212) 687-3285
    Daniel W. Morris


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMIE FARRELL and GENNARO SCOPO, on behalf of themselves and other similarly situated, | **ECF CASE** |
| Plaintiffs, | |
| v. | 08 CV 6438 (LBS) (DCF) |
| LITTLE WEST 12th LLC d/b/a ONE LITTLE WEST 12th STREET, JONATHAN SEGAL, and CELESTE FIERRO, | **Notice of Appearance** |
| Defendants | |

---

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Defendants.


Dated: August 21, 2008
      New York, New York

                                    /s/
                                 Daniel W. Morris
                                 CLIFTON BUDD & DeMARIA, LLP
                                 Attorneys for Defendants
                                 420 Lexington Avenue, Suite 420
                                 New York, New York 10170-0089
                                 (212) 687-7410