```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JAMIE FARRELL and GENNARO SCOPO, on behalf
of themselves and other similarly situated,

                    Plaintiffs,

v.

LITTLE WEST 12th LLC d/b/a ONE LITTLE WEST
12th STREET, JONATHAN SEGAL, and
CELESTE FIERRO,

                    Defendants.
----------------------------------------------------------------- x

**ECF CASE**

08 CV 6438 (LBS) (DCF)

**STIPULATION**

It is hereby stipulated, consented and agreed, by and between counsel for the above captioned parties that Defendants time to answer or move with respect to Plaintiffs' complaint is extended to and includes September 12, 2008 and that Defendants preserve all rights, privileges and defenses except as to Service of Process of the Summons and Complaint.

JOSEPH & HERZFELD, LLP
Attorneys for Plaintiffs

By: _____
D. Maimon Kirschenbaum
757 Third Avenue
New York, New York 10017
(212) 688-5640

Dated: August 21, 2008

Dated: New York, New York
August 26, 2008

CLIFTON BUDD & DEMARIA, LLP
Attorneys for Defendants

By: _____
Daniel W. Morris
420 Lexington Avenue
New York, New York 10170
(212) 687-7410

Dated: August 21, 2008

So Ordered: _____
Hon. Leonard B. Sand
United States District Judge